IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| CASSANDRA MAWYER, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>ATLANTIC UNION BANK,<br><br>      Defendant. | Case No. 3:21-cv-726-DJN |

**AMENDED JOINT MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

    Plaintiff Cassandra Mawyer and Defendant Atlantic Union Bank, by their respective counsel, under Rule 23(e)(2) of the Federal Rules of Civil Procedure and pursuant to paragraph 3 of this Court's Scheduling Order, ECF No. 44, respectfully request that this Court enter the tendered Amended Proposed Order Granting Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement

    In support of this Motion, the parties attach a proposed Amended Order Granting Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement ("Proposed Amended Order"). Ex. 1. This Proposed Amended Order addresses additional class relief the Parties have agreed to as the result of changes to the class size. Plaintiff is also separately filing an Amended Memorandum in Support, along with a copy of the Settlement Agreement and Release and First Amendment.

Dated: November 4, 2022

Respectfully submitted,

/s/Devon J. Munro
Devon J. Munro (VSB #47833)
MUNRO BYRD P.C.
120 Day Ave. SW, First Floor
Roanoke, VA 24016
Telephone: (540) 283-9343
Facsimile: (540) 328-9290
dmunro@trialsva.com

Lynn A. Toops, *pro hac vice*
Vess A. Miller, *pro hac vice*
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: 317-636-6481
Facsimile: 317-636-2593
ltoops@cohenmalad.com

J. Gerard Stranch, IV, *pro hac vice*
BRANSTETTER, STRANCH & JENNINGS, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
gerards@bsjfirm.com

Emery Fayk El Habiby, *pro hac vice*
Timothy Burke, *pro hac vice*
THE KICK LAW FIRM
815 Moraga Drive
Los Angeles, CA 90049
Telephone: (310) 395-2988
emery@kicklawfirm.com
tim@kicklawfirm.com

*Counsel for Plaintiff and the Putative Class*

Respectfully submitted,

/s/ Meagan A. Mihalko
Alan D. Wingfield (VSB No. 27489)
Meagan A. Mihalko (VSB No. 80703)
Brooke K. Conkle (VSB No. 87413)
TROUTMAN PEPPER HAMILTON
    SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1200
Facsimile: (804) 698-1339
alan.wingfield@troutman.com
meagan.mihalko@troutman.com
brooke.conkle@troutman.com

*Counsel for Defendant Atlantic Union Bank*

**Certificate of Service**

I, Devon J. Munro, certify that I have effected service on counsel of record by filing the the above Motion and contemporaneous Memorandum in Support with the electronic case filing (ECF) system for this Court.

*s/ Devon J. Munro*