**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

CASSANDRA MAWYER, individually and
on behalf of all others similarly situated,

        Plaintiff,

    v.

ATLANTIC UNION BANK,

        Defendant.

Case No. 3:21-cv-726-DJN

**CONSENT MOTION FOR**
**FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Cassandra Mawyer, by counsel, under Rule 23(e)(2) of the Federal Rules of Civil Procedure and pursuant to section 6 of the class action Settlement Agreement and Release, ECF No. 50-1, respectfully requests that, on or after the final approval hearing set for March 16, 2023, at 11:00 a.m., the Court enter the tendered proposed Final Approval Order.

In support of this Motion, Plaintiff attaches:

- **Att 1:** Proposed Final Approval Order

Plaintiff is separately filing a memorandum in support.

If any class member submits a timely objection to the Settlement, such objection will be filed with the Court, along with any response from the parties, prior to the final approval hearing.

1

Dated: January 11, 2023

Respectfully submitted,

/s/Devon J. Munro
Devon J. Munro (VSB #47833)
MUNRO BYRD, P.C.
120 Day Ave. SW, First Floor
Roanoke, VA 24016
Telephone: (540) 283-9343
dmunro@trialsva.com

Lynn A. Toops, *pro hac vice*
Vess A. Miller, *pro hac vice*
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: 317-636-6481
Facsimile: 317-636-2593
ltoops@cohenandmalad.com
vmiller@cohenandmalad.com

J. Gerard Stranch, IV, *pro hac vice*
BRANSTETTER, STRANCH & JENNINGS,
    PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
gerards@bsjfirm.com

Taras Kick, *pro hac vice*
Timothy Burke, *pro hac vice*
THE KICK LAW FIRM
815 Moraga Drive
Los Angeles, CA 90049
Telephone: (310) 395-2988
taras@kicklawfirm.com
tim@kicklawfirm.com

*Counsel for Plaintiff and the Settlement Class*